RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MAY 14 2025
DANIEL J. McCOY, CLERK
BY:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | 3:25-cr-00116-01 |
| VERSUS | * | Judge Doughty |
| | * | Magistrate Judge McClusky |
| LIONEL ARD | * | |
| | * | |

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1
Possession with Intent to Distribute Phencyclidine
[21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iv)]

On or about May 2, 2024, in the Western District of Louisiana, the defendant, **Lionel Ard**, knowingly possessed with the intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of phencyclidine (PCP), a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iv) [21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iv)].

## COUNT 2
Possession of a Firearm and Ammunition by a Convicted Felon
[18 U.S.C. §§ 922(g)(1) and 924(a)(8)]

On or about May 2, 2024, in the Western District of Louisiana, the defendant, **Lionel Ard**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in or affecting commerce, a firearm and ammunition that is: a Phoenix Arms pistol; model: HP22A; caliber: .22 LR and ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8). [18 U.S.C. § 922(g)(1) and 924(a)(8)].

**COUNT 3**

Possessing a Firearm During and in Relation to a Drug Trafficking Crime
[18 U.S.C. § 924(c)(1)(A)]

On or about May 2, 2024, in the Western District of Louisiana, the defendant, **Lionel Ard,** did knowingly possess a firearm, to wit, a Phoenix Arms pistol; model: HP22A; caliber: .22 LR, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is possession with the intent to distribute phencyclidine as alleged in Count 1; in violation of Title 18, United States Code, Section 924(c)(1)(A). [18 U.S.C. § 924(c)(1)(A)].

**FORFEITURE NOTICE**

The allegations in all counts are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 21 United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A. As a result of the controlled substances offense alleged in Count 1 of this Indictment, the defendant, **Lionel Ard**, shall forfeit to the United States all interest in:

(1) Any property consisting or derived from proceeds the defendant obtained directly or indirectly as the result of said violation as set forth in this Indictment and,

(2) Any property used or intended to be used in any manner or part to commit or facilitate the commission of the aforementioned violation.

B. Upon conviction of the firearm offenses alleged in Counts 2 and 3 of the Indictment, the defendant, **Lionel Ard**, shall forfeit to the United States the following firearms involved in the aforesaid offenses:

(1) Phoenix Arms pistol; model: HP22A; caliber: .22 LR; and

(2) ammunition.

C. By virtue of the offenses charged in this Indictment, any and all interest in the above-described property is vested in the United States and is forfeited to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21 United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL:

REDACTED

GRAND JURY FOREPERSON

ALEXANDER C. VAN HOOK
Acting United States Attorney

CHEYENNE Y. WILSON (LA Bar #38445)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
Phone: (318) 676-3600