**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:25-CR-00116-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LIONEL ARD (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**MINUTES OF COURT:**
**Change of Plea**

| | | | |
|---|---|---|---|
| Date: | August 29, 2025 | Presiding: Judge Terry A. Doughty | |
| Court Opened: | 9:35 a.m. | Courtroom Deputy: | Amy Crawford |
| Court Adjourned: | 9:55 a.m. | Court Reporter: | Debbie Lowery |
| Statistical Time: | :20 | Courtroom: | CR1 |

## APPEARANCES

| | | |
|---|---|---|
| Cheyenne Yvette Wilson (AUSA) | For | United States of America |
| Keith Thomas Whiddon (RET) | For | Lionel Ard (01) Defendant |
| Lionel Ard (01) Defendant | | (LOCATION CUSTODY) |

## PROCEEDINGS

**CHANGE OF PLEA:**
Plea of Guilty to Counts 1 and 3 of the Indictment.
Defendant under oath.
Defendant advised of Rule 11 rights.

**RULING:**
Guilty plea by the defendant accepted and the defendant is adjudged guilty of the offense.

**ORAL ORDER:**
Order for presentence investigation report.

Order that the Clerk of Court accept defendant’s payment of the special assessment, any fine and/or restitution prior to the sentencing in this case. Order that any restitution paid will be held by the Clerk of Court and not dispersed to the victim(s) until the defendant has been sentenced and judgment has been entered.

**FILINGS:**
Plea Agreement

Affidavit of Understanding of Maximum Penalty and Constitutional Rights
Stipulated Factual Basis
Elements of the Offense

**COMMENTS:**
Sentencing set for December 3, 2025 at 10:00 a.m., in the 1st floor courtroom in Monroe, LA, before Judge Terry A. Doughty. Sentencing memoranda shall be filed into the record with a courtesy copy given to chambers at least seven days before the scheduled sentencing.