**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:25-CR-00116** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LIONEL ARD** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# ORDER

Considering the Government's Motion for Order Finding Waiver of Attorney-Client Privilege [Doc. No. 44], the Court finds that Defendant, Lionel Ard ("Defendant") waived attorney-client privilege with respect to the claims of ineffective assistance of counsel raised in the § 2255 motion [Doc. No. 40].

A defendant waives his attorney-client privilege by filing a motion to vacate a conviction based on ineffective assistance of counsel. *United States v. Ballard*, 779 F.2d 287, 292 (5th Cir. 1986) (holding that an attorney may reveal otherwise privileged communications from his client to address charges of improper conduct without violating either the ethical rules of confidentiality or attorney-client privilege). The rationale is straightforward: "when a habeas petitioner claims that he received ineffective assistance of counsel, he puts communications between himself and his attorney directly in issue, and thus by implication waives the attorney-client privilege with respect to those communications." *United States v. Pinson*, 584 F.3d 972, 977-78 (10th Cir. 2009); *see Laughner v. United States*, 373 F.2d 326 (5th Cir. 1967).

**IT IS ORDERED** that Keith Thomas Whiddon ("Whiddon") and Devin Jones ("Jones") disclose to the Government and to the Court all communications with Defendant concerning the events and facts related to Defendant's ineffective assistance of counsel claim.

**IT IS FURTHER ORDERED** that Whiddon and Jones shall provide the Government with relevant documents and a declaration addressing all communications with Defendant that relate to the ineffective assistance of counsel claim presented in Defendant's § 2255 motion [Doc. No. 40], as well as any facts or events relating to those claims.

MONROE, LOUISIANA, this 7th day of October, 2026.

Terry A. Doughty
United States District Judge